Silene Brown
472 N 2300 W
Saint George, UT 84770